**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**VOLUNTARY PETITION**

Case No. **14 B**

Name of Debtor (if individual, enter Last, First, Middle:

**RIVERA, RUBEN**

Name of Joint Debtor (Spouse):

All other names used by Debtor in the past eight (8) years: All other names used by Joint Debtor in the past eight
(include married, maiden and trade names) (8) years:
Social Security/EIN/Tax ID No. (if more than one, state all): Social Security/EIN/Tax ID No. (if more than one,
XXX-XX-3379                                                                      state all):
Street Address of Debtor: Street Address of Joint Debtor:
1221 N. Rockwell Av.,
Chicago, Illinois 60622
County of Residence or Principal Place of Business County of Residence or Place of Business
Cook
Mailing Address of Debtor or of Joint Debtor (if different from street address)
Location of Principal Assets of Business Debtor (if different from street address):

**Type of Debtor Type of Business Chapter of Bankruptcy Code of Filing**

X__ Individual                     __ Health Care Business              __   Chapter 7    __ Chapter 15 Petition
___ Corporation                   __ Single Asset Real Estate as defined  __   Chapter 9 for Recognition of
___ Partnership                   in 11 U.S.C. Section 101(51B)        __   Chapter 11 Foreign Main Proceeding
___ Other (if not one            __ Railroad                          __   Chapter 12 __ Chapter 15 Petition for
Of above entities, state         __ Stockbroker                      _X_ Chapter 13 Recognition of a Foreign
Type of entity below)            __ Commodity Broker Nonmain Proceeding
__ Clearing Bank
**Nature of Debts**
__ Other                          X__ Primarily Consumer __ Primarily business

**Tax-Exempt Entity** Debts, defined in 11 USC
__ Debtor is a tax-exempt 101(8) as "incurred by an
organization under Title 26 individual primarily for a
United States Code (the Internal personal, family or house-
Revenue Code). hold purpose."
**Filing Fee Chapter 11 Debtors**
__   Full filing fee attached                                       __Debtor is a small business under 11 USC
_X_ Filing fee to be paid in installments (individuals                 101(51D).
only). Must attach signed application for court's consideration      _X_ Debtor is not a small business under 11
certifying That debtor is unable to pay fee except in installments.     USC 101(51D).
Rule 1006(b).                                                        See Official Form 3A.
__ Filing Fee waiver requested (Chapter 7 individuals               __ Debtor's aggregate noncontingent
Only). Must attch signed application for court's consideration.      liquidated debts (excluding debts owed to
See Official Form 3B.                                                insiders or affiliates) are less than
                                                                     $2,190,000.

**Statistical / Administrative Information**
_X_ Debtor estimates that funds will be available for distribution to unsecured creditors.
___ Debtor estimates that, after exempt property is excluded and administrative expenses
paid, there will be no funds available for distribution to unsecured creditors.
**Estimated Number of Creditors**
X__ 1 – 49 ____ 50 – 99 ____ 100 or more
**Estimated Assets**
__ $0 – $50,000 ____ $50,001 - $100,000 __X__ $100,001 or greater
**Estimated Debts**
_X_ $0 – $50,000 ____ $50,001 - $100,000 __X___ $100,001 or greater

**VOLUNTARY PETITION**                    Case No. **14 B**              Page 2

**RIVERA, RUBEN,** Debtor

**Prior Bankruptcy Case filed within the last eight (8) years (if more than two, attach additional sheet)**
Location of Filing:              Case Number:    Date of Filing:
**U.S. Bankruptcy Court, N.D.Ill.      14-04998      2/18/2014**
**Pending Bankruptcy Case filed by Spouse, Partner or Affiliate of Debtor:**
Location of Filing: Case Number: Date of Filing: District: Relationship: Judge:

**Exhibit A**                          **Exhibit B** (to be completed if debtor is an individual whose debts
(To be completed if Debtor is required              are primarily consumer debts)
To file periodic reports with the Securities
Exchange Commission

I, Michael J. Greco, Attorney for Debtor(s) and Petitioner named in the foregoing Petition, declare that I have
informed  the Petitioner(s) that he may proceed under Chapters 7, 11, 12, or 13 of Title 11, United
States Code, and explained to them the relief available under each Chapter.
I certify that I have delivered to Debtors the notice required by Title 11 USC Section 342(b).

X_____/s/_Michael J. Greco_____      9/22/2014
Signature of Michael J. Greco, Attorney for Debtor(s)      Date

**Exhibit C**
Does the Debtor own or possess any property that poses or is alleged to pose a threat of imminent and identifiable
harm to public health or safety?
___ Yes, and Exhibit C is attached and made a part of this Petition.
_X_ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a
separate Exhibit D).
X__ Exhibit D completed and signed by the Debtors is attached and made a part of this petition.
(to be completed if debtor is an individual whose debts are primarily consumer debts)

**Information regarding the Debtor -- Venue**
X_ Debtors has been domiciled or had a residence or principal place of business in this District for 180 days
preceding the date of this Petition.
__ There is a bankruptcy case concerning Debtor's affiliate, general partner or partnership pending in this District.
__ Debtor is debtor in a foreign proceeding and has its principal place of business or principal assets in the United
States in this District, or is a defendant in a proceeding in this District, or the interests of the parties will be served in
regard to the relief sought in this District.

**Certification by Debtor who resides as a tenant of residential property**
__ Landlord has a judgment against Debtor for possession of Debtor's residence (Complete following if checked)
_____(Name of Landlord that obtained judgment) (Address of Landlord)
__ Debtor claims that under applicable nonbankruptcy law there are circumstances under which the debtor would
be permitted to cure the entire monetary default that gave rise to the judgment for possession, after judgment was
entered, and
__ Debtor has included with this petition the deposit with the court of any rent that would become due within the
30-day period after filing of the petition.
__ Debtor certifies that she has served the Landlord with this certification. (11 USC Section 362(1)).

**VOLUNTARY PETITION**

Name of Debtor(s):                    Case No. **14 B**                    Page 3

**RIVERA, RUBEN**

**SIGNATURES**

**SIGNATURE OF DEBTOR(S) (INDIVIDUAL OR JOINT)**
I declare under penalty of perjury that the information provided in the Petition is true and correct.
[If Petitioner is an Individual whose debts are primarily consumer debts and has chosen to file
under Chapter 7:] I am aware that I may proceed under Chapters 7, 11, 12, or 13 of Title 11,
United States Code, understand the relief available to me under each Chapter, and choose to
proceed under Chapter 13.


_____/S/_ **RIVERA, RUBEN**_____
Signature of Debtor **RIVERA, RUBEN**


**Signature of Attorney***
Respectfully submitted,


By:_____/s/_Michael J. Greco ___
Michael J. Greco, Attorney for Debtor(s)
175 W. Jackson Boulevard
Suite 1600
Chicago, Illinois 60604
(312) 222-0599
Atty. No. 06201254
Date: September 22, 2014


*In a case in which Section 707(b)(4) applies, this signature constitutes also a certification that
the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.